**SO ORDERED.**

Dault & Associates, PLLC
Brian C. Dault, #27021
908 W. Chandler Blvd., Suite D
Chandler, Arizona 85225
480-305-5970
brian@daultlaw.com

**Dated: March 04, 2011**



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In Re:

KARLA NICOLE SCHECK

    Debtor.

Case No.: 2:11-bk-02982-CGC

**ORDER REINSTATING CASE**

The above captioned debtor, having filed a motion to reinstate her case;

IT IS HEREBY ORDERED that this case be reinstated.